William A. Helvestine          State Bar No. 58755
Lisa Caccavo                   State Bar No. 256916
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

WHelvestine@ebglaw.com
LCaccavo@ebglaw.com

Attorneys for Defendants,
Unisys Corporation and Unisys Corporation Group Life
Insurance Plan

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIEKE KAVIANPOUR,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; UNISYS CORPORATION; UNISYS CORPORATION GROUP LIFE INSURANCE PLAN;<br><br>Defendants. | CASE NO. CV 09-0282 CW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**<br><br>**[L. R. 6-1(a)]**<br><br>Action Filed:  January 22, 2009<br>Trial Date:    None Set |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Kantor & Kantor, LLP, on behalf of Plaintiff, Maireke Kavianpour, and Epstein Becker & Green, P.C., on behalf of Defendants, Unisys Corporation and Unisys Corporation Group Life Insurance Plan ("Unisys") as follows:

The parties stipulate and agree to extend the time for Unisys to answer or otherwise respond to the Complaint by 14 days, until April 2, 2009.  It is further agreed that, by signing this stipulation, the parties have not waived their rights with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional defenses either by motion or otherwise.

1    Pursuant to Local Rule 6-1(a), the extension of time for Unisys to Answer or otherwise

2  respond to the complaint does not alter the date of any event or any deadline already fixed by

3  Court order.

4

5  DATED:  March 18, 2009             EPSTEIN BECKER & GREEN, P.C.

6                                      By: _____
                                           William A. Helvestine
7                                          Lisa Caccavo

8                                      Attorneys for Defendants
                                       UNISYS CORPORATION, UNISYS
9                                      CORPORATION GROUP LIFE INSURANCE
                                       PLAN
10

11
    DATED:  March 18, 2009             KANTOR & KANTOR, LLP
12
                                       By: _____
13                                         Alan Kassan

14                                     Attorney for Plaintiff
                                       MAIREKE KAVIANPOUR
15

16

17

18
    PURSUANT TO STIPULATION, IT IS SO ORDERED:
19
              3/20/09
20
    DATED: _____          _____
21
                                       The Honorable Claudia Wilken
22                                     United States District Judge

23

24

25

26

27

28

- 2 -