UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIEKE KAVIANPOUR

                Plaintiff(s),

       v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.

                Defendant(s).
_____/

CASE NO. CV09-0282-CW

SECOND
STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ✓    Private ADR *(please identify process and provider)*  JAMS_____

Two Embarcadero Center, Suite 1500, San Francisco, CA 94111


The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      ✓    other requested deadline  September 25, 2009

Dated: 4/21/09

                                        Attorney for Plaintiff
                                        Marieke Kavianpour

Dated:_____

                                        Attorney for Defendant
                                        Metropolitan Life Insurance Company

Dated: _____

                                        Attorney for Defendants
                                        Unisys Corporation and Unisys Corporation Grou
                                        Life Insurance Plan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIEKE KAVIANPOUR

Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.

Defendant(s).
_____/

CASE NO. CV09-0282-CW

SECOND STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR *(please identify process and provider)* JAMS
Two Embarcadero Center, Suite 1500, San Francisco, CA 94111

The parties agree to hold the ADR session by:
   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ✓   other requested deadline  September 25, 2009

Dated:_____

Dated:_____

Dated: 4/21/09

_____
Attorney for Plaintiff
Marieke Kavianpour

_____
Attorney for Defendant
Metropolitan Life Insurance Company

Attorney for Defendants
Unisys Corporation and Unisys Corporation Group Life Insurance Plan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIEKE KAVIANPOUR

           Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE
COMPANY, et al.

           Defendant(s).

CASE NO. CV09-0282-CW

SECOND
STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* JAMS
Two Embarcadero Center, Suite 1500, San Francisco, CA 94111

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline September 25, 2009

Dated:_____

Dated: 4/21/09

Dated:_____

Attorney for Plaintiff
Marieke Kavianpour

Attorney for Defendant
Metropolitan Life Insurance Company

Attorney for Defendants
Unisys Corporation and Unisys Corporation Group
Life Insurance Plan

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓    Private ADR

Deadline for ADR session
    90 days from the date of this order.
  x  other  September 25, 2009

IT IS SO ORDERED.

Dated: 4/27/09

_____
UNITED STATES DISTRICT JUDGE