| | |
|---|---|
| William A. Helvestine | State Bar No. 58755 |
| Lisa Caccavo | State Bar No. 256916 |

EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

WHelvestine@ebglaw.com
LCaccavo@ebglaw.com

Attorneys for Defendants,
Unisys Corporation and Unisys Corporation Group Life Insurance Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIEKE KAVIANPOUR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; UNISYS CORPORATION; UNISYS CORPORATION GROUP LIFE INSURANCE PLAN;<br><br>　　　　　Defendants. | CASE NO. CV 09-0282 CW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>[F.R.C.P. Rule 41(a)(2)]<br><br><br>Action Filed: January 22, 2009<br>Trial Date:　　None Set |

　　　IT IS HEREBY STIPULATED by and between the parties, Plaintiff Marieke Kavianpour, Defendant Metropolitan Life Insurance Company, and Defendants, Unisys Corporation and Unisys Corporation Group Life Insurance Plan, by and through their respective counsel, that

　　　1.　　The instant action shall be dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2);

　　　2.　　Each party bears its own costs and attorneys' fees incurred in this action.

　　　IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: December 29, 2009 | | EPSTEIN BECKER & GREEN, P.C. |

By: _____
William A. Helvestine
Lisa Caccavo

Attorneys for Defendants
UNISYS CORPORATION, UNISYS CORPORATION GROUP LIFE INSURANCE PLAN

DATED: December 29, 2009        SEDGWICK DETERT MORAN & ARNOLD, LLP

By: _____
Rebecca Hull
Michelle McIsaac

Attorney for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

DATED: December 29, 2009        KANTOR & KANTOR, LLP

By: _____
Alan Kassan

Attorney for Plaintiff
MAIREKE KAVIANPOUR

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1/25/10
DATED: _____          _____
                                The Honorable Claudia Wilken
                                United States District Judge